UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT CARIERI, | CIVIL ACTION NO. 17-0009 (JLL) |
| Plaintiff, | **ORDER & JUDGMENT** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

For the reasons set forth in the Court's accompanying Opinion, **IT IS** on this ___26___ day of June, 2017, **ORDERED** that the defendant's motion for judgment on the pleadings **(ECF No. 10)** is **GRANTED**; and it further

**ADJUDGED** that judgment is entered in favor of the defendant and against the plaintiff; and it is further

**ORDERED** that the action is **CLOSED**.

JOSE L. LINARES
Chief Judge, United States District Court