# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-2504

Vincent Carieri v. Midland Credit Management

(Originating Court No. 2-17-cv-00009)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  11/20/2017

cc: Shane Haselbarth, Esq.
    Joseph K. Jones, Esq.
    Benjamin J. Wolf, Esq.

**A True Copy:**
*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.